Case 5:26-cv-00010   Document 8   Filed 01/08/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VLADIMIR IZMAILOV, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-010 |
| | § | |
| KRISTI NOEM, ET AL., | § | |
|     Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Todd M. Lyons, Acting Director of ICE; Donald R. Kusser, Director of the Laredo ICE-ERO Field Office; and David Cole, Warden of Rio Grande Processing Center, as Respondents.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than January 21, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than January 28, 2026**.

Additionally, on November 25, 2025, a district court in the Central District of California certified a nationwide class under Rule 23(b)(2). *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (certifying a class including ''[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination"). Respondents must address whether Petitioner is a class member and the effect, if any, of the class certification and subsequent relief in their response.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1),

summons,[1] and this Order on Respondents via certified mail, return receipt requested.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.
- Respondent Todd Lyons or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Donald R. Kusser or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent David Cole or his designee may be served at Rio Grande Processing Center, 1001 San Rio Boulevard, Laredo, TX 78046.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), summons, and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested.

The Clerk is also **DIRECTED** to serve a copy of this Petition, (Dkt. No. 1), summons, and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail, return receipt requested. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

---

[1] Petitioner filed a request for issuance of summons to each respondent. (Dkt. Nos. 4, 5). All deadlines listed in the summons are superseded by this Order.

It is so **ORDERED**.

**SIGNED** on January 8, 2026.

                                                                                                        _____
                                                                                                        John A. Kazen
                                                                                                        United States District Judge