UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **VLADIMIR IZMAILOV,** § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00010 |
| § | |
| **KRISTI NOEM, et al.,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss and, in the Alternative, for Summary Judgment, (Dkt. No. 10).

The Court **ORDERS** the parties to file supplemental briefing by **February 9, 2026**, addressing the following:

1. The authority under which Petitioner was released or paroled into the United States in 2023 and any supporting documentation;

2. The effect, if any, of Petitioner's release or parole in 2023 on the relevant detention authority for his current detention.

It is so **ORDERED**.

**SIGNED** on February 2, 2026.

_____
John A. Kazen
United States District Judge