United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **VLADIMIR IZMAILOV,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00010** |
| | § | |
| **MARKWAYNE MULLIN,** *et al.*,[1] | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Dismiss and, in the Alternative, for Summary Judgment, (Dkt. No. 10).

The Court **ORDERS** Petitioner to file an advisory **by July 6, 2026**, regarding the status of Petitioner's detention and claims in this case.

It is so **ORDERED**.

**SIGNED** on June 29, 2026.

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is substituted for Pamela Bondi under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.